USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 2/15/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

GONZALEZ, ET AL.                                            :
                                                            :
                                          **Plaintiffs,**   :
                                                            :          **17-CV-4406 (ALC)**
                      -against-                             :
                                                            :          **ORDER**
**1043 REST. CORP., ET AL.**                                :
                                                            :
                                          **Defendants.**   :
                                                            :
                                                            :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court has received the settlement agreement and stipulation of dismissal submitted

by the parties. Having reviewed it, as well as the accompanying fairness motion, as required by

*Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be

fair and reasonable, and approves the settlement.

Accordingly, pursuant to the stipulation filed by the parties on February 14, 2018 (ECF

No. 40-1), this matter is hereby discontinued with prejudice and without costs or fees as to any

party.

**SO ORDERED.**

Dated:          **February 15, 2018**
                **New York, New York**

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**